1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   1:11-CV-01686-AWI-SKO
                                    )
12              Plaintiff,          )   **APPLICATION AND ORDER FOR**
        v.                          )   **PUBLICATION**
13                                  )
   REAL PROPERTY LOCATED AT         )
14 11150 E. CALIFORNIA AVENUE,      )
   SANGER, FRESNO COUNTY            )
15 CALIFORNIA, ALSO KNOWN AS        )
   745 S. INDIANOLA, SANGER,        )
16 FRESNO COUNTY, CALIFORNIA,       )
   APN:314-062-17, INCLUDING ALL    )
17 APPURTENANCES AND                )
   IMPROVEMENTS THERETO, and        )
18                                  )
   REAL PROPERTY LOCATED AT         )
19 890 S. ARMSTRONG AVENUE,         )
   FRESNO, FRESNO COUNTY,           )
20 CALIFORNIA,  APN:313-040-50,     )
   INCLUDING ALL                    )
21 APPURTENANCES AND                )
   IMPROVEMENTS THERETO,            )
22                                  )
                Defendants.         )
23 _____  )

24      The United States of America, Plaintiff herein, applies for an order of

25 publication as follows:

26      1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

27 and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

28 Plaintiff shall cause public notice of the action and arrest to be given in a

1  newspaper of general circulation or on the official internet government forfeiture
2  site;
3      2.    Local Rule 171, Eastern District of California, provides that the Court
4  shall designate by order the appropriate newspaper or other vehicle for publication;
5      3.    The defendant real properties are located in the cities of Sanger and
6  Fresno, in Fresno County, California;
7      4.    Plaintiff proposes that publication be made as follows:
8          a.    One publication;
9          b.    Thirty (30) consecutive days;
10         c.    On the official internet government forfeiture site
11 www.forfeiture.gov;
12         d.    The publication is to include the following:
13             (1)    The Court and case number of the action;
14             (2)    The date of posting of the real property;
15             (3)    The identity and/or description of the real property posted;
16             (4)    The name and address of the attorney for the Plaintiff;
17             (5)    A statement that claims of persons entitled to possession
18 or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the
19 Court and served on the attorney for the Plaintiff no later than 60 days after the
20 first day of publication on the official internet government forfeiture site; and
21             (6)    A statement that answers to the Complaint or a motion
22 under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be
23 filed and served within 21 days after the filing of the claims and, in the absence
24 thereof, default may be entered and condemnation ordered.
25 Dated: October 6, 2011        BENJAMIN B. WAGNER
                                  United States Attorney
26
27                                /s/ Heather Mardel Jones
                              HEATHER MARDEL JONES
28                               Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   October 7, 2011**              /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE