1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CV-01686-AWI-SKO |
| ) | |
| Plaintiff, ) | **STIPULATED REQUEST TO** |
| v. ) | **CONTINUE SCHEDULING** |
| ) | **CONFERENCE AND ORDER** |
| REAL PROPERTY LOCATED AT ) | **THEREON** |
| 11150 E. CALIFORNIA AVENUE, ) | |
| SANGER, FRESNO COUNTY ) | Request for Telephonic Appearance by the |
| CALIFORNIA, ALSO KNOWN AS ) | United States |
| 745 S. INDIANOLA, SANGER, ) | |
| FRESNO COUNTY, CALIFORNIA, ) | |
| APN:314-062-17, INCLUDING ALL ) | |
| APPURTENANCES AND ) | |
| IMPROVEMENTS THERETO, and ) | |
| ) | |
| REAL PROPERTY LOCATED AT ) | |
| 890 S. ARMSTRONG AVENUE, ) | |
| FRESNO, FRESNO COUNTY, ) | |
| CALIFORNIA,  APN:313-040-50, ) | |
| INCLUDING ALL ) | |
| APPURTENANCES AND ) | |
| IMPROVEMENTS THERETO, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

24     Claimants Darrin Pattanumotana, Damrong Pattanumotana, Gavin

25 Pattanumotana, Goon Pattanumotana, Somluck Pattanumotana, Pattanumotana

26 Family Limited Partnership, and plaintiff United States of America, by and

27 through their undersigned attorneys, hereby stipulate as follows:

28     1.     This stipulation is executed by all parties who have appeared in and

are affected by this action.

2. The parties are requesting that the scheduling conference set in the Order Setting Mandatory Scheduling Conference issued by the Court on October 6, 2011, due to a potential conflict of interest that has arisen in this case. Since the time of the issuance of the scheduling conference, claimants have made appearances and requested an extension to file their responsive pleadings in this matter to January 31, 2012.

3. The parties request and stipulate to continue the Scheduling Conference to March 22, 2012, at 10:00 a.m., before Honorable Magistrate Judge Sheila K. Oberto.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: February 1, 2012          /s/ Heather Mardel Jones
                                HEATHER MARDEL JONES
                                Assistant United States Attorney

Date: January 31, 2012          /s/ Stephanie Hamilton Borchers
                                STEPHANIE HAMILTON BORCHERS
                                DONALD FISCHBACH
                                Attorneys for Claimants
                                Darrin Pattanumotana,
                                Damrong Pattanumotana,
                                Gavin Pattanumotana,
                                Goon Pattanumotana,
                                Somluck Pattanumotana, and
                                Pattanumotana Family Limited Partnership
                                (Original signature retained by attorney)

**ORDER**

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED that the current Scheduling Conference date is continued to March 22, 2012, at 10:00 a.m. before Honorable Magistrate Judge Oberto.

IT IS SO ORDERED.

**Dated:**    **February 1, 2012**                /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE