BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CV-1686-AWI-SKO |
| Plaintiff, | **STIPULATION TO STAY PROCEEDINGS AND** ~~**PROPOSED**~~ **ORDER** |
| v. | |
| REAL PROPERTY LOCATED AT 11150 E. CALIFORNIA AVENUE, SANGER, FRESNO COUNTY, CALIFORNIA, ALSO KNOWN AS 745 S. INDIANOLA, SANGER, FRESNO COUNTY, CALIFORNIA, APN: 314-062-17, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and REAL PROPERTY LOCATED AT 890 S. ARMSTRONG AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 313-040-50, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

The United States and Claimants Damrong Pattanumotana, Darrin Pattanumotana, Gavin Pattanumotana, Goon Pattanumotana, Somluck Pattanumotana, and the Pattanumotana Family Limited Partnership (collectively the "claimants"), by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled

action, and request that the Court enter an order staying proceedings until September 1, 2012 due to an on-going criminal investigation into marijuana cultivation at real property located at 11150 E. California Avenue, Sanger, California also known as 745 S. Indianola, Sanger, California, APN: 314-062-17 (hereafter "defendant California property") and real property located at 890 S. Armstrong Avenue, Fresno, California, APN: 313-040-50 (hereafter "defendant Armstrong property")(collectively the "defendant properties).

1. Each of the claimants has filed claims and answers to the defendant properties.
   a. *Armstrong Property*
      i. Damrong Pattanumotana, Darrin Pattanumotana, Gavin Pattanumotana, Goon Pattanumotana, Somluck Pattanumotana, and the Pattanumotana Family Limited Partnership, each filed claims to the defendant Armstrong property. Damrong Pattanumotana and Somluck Pattanumotana each assert a general partner interest under the Limited Partnership. Darrin Pattanumotana, Gavin Pattanumotana, and Goon Pattanumotana each assert a 5% interest pursuant to the Limited Partnership. The Limited Partnership makes a separate claim to the defendant Armstrong property.
   b. *California Property*
      i. Goon Pattanumotana filed a claim to the defendant California property as its sole owner.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant properties were used to facilitate the cultivation of marijuana.

3. To date, several individuals have been charged with federal crimes relating to marijuana cultivation at defendant California property, *United States v. Douangchanh Keovilayvanh*, 1:10-CR-00476-LJO, and marijuana cultivation at the defendant Armstrong

2

Stipulation to Stay Proceedings
and Proposed Order

property, *United States v. Bouasangouane, et al.*, 1:11-CR-00357-AWI.  None of the claimants have been charged with any criminal offense by federal authorities.

4. A stay is warranted because if discovery proceeds at this time in the civil *in rem* case, claimants would be entitled to depose, among others, the agents and deputies involved with this investigation, including but not limited to Drug Enforcement Administration agents and Fresno County Sheriff's Office deputies.  Allowing depositions of the law enforcement officers at this time could adversely affect the ability of the federal authorities to prosecute and investigate those charged with marijuana cultivation in violation of federal law – *United States v. Douangchanh Keovilayvanh*, 1:10-CR-00476-LJO and *United States v. Bouasangouane, et al.*, 1:11-CR-00357-AWI.

5. The parties recognize that proceeding with these actions at this time could have adverse effects on the criminal investigation of the underlying criminal conduct and/or upon the claimants' ability to prove their claim to the property and to assert any defenses to forfeiture.  For these reasons, the parties jointly request that these matters be stayed until September 1, 2012, pursuant to this stipulation.  At that time the parties will advise the court of the status of the criminal investigation, if any, and whether a further stay is necessary.

Respectfully submitted,

Dated:   3/12/12               BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorney

Dated:   3/12/12               /s/ Stephanie Hamilton Borchers
DONALD R. FISCHBACH
STEPHANIE HAMILTON BORCHERS
MATTHEW T. BESMER
Attorneys for Claimants Darrin Pattanumotana,
Damrong Pattanumotana, Gavin Pattanumotana,
Goon Pattanumotana, Somluck Pattanumotana,
and the Pattanumotana Family Limited Partnership
(Authorized by email)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) until September 1, 2012.  On or before September 1, 2012, the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated:   March 15, 2012

CHIEF UNITED STATES DISTRICT JUDGE