BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CV-01686-AWI-SKO |
| Plaintiff, | **STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND PROPOSED ORDER** |
| v. | |
| REAL PROPERTY LOCATED AT 11150 E. CALIFORNIA AVENUE, SANGER, FRESNO COUNTY, CALIFORNIA, ALSO KNOWN AS 745 S. INDIANOLA, SANGER, FRESNO COUNTY, CALIFORNIA, APN: 314-062-17, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED AT 890 S. ARMSTRONG AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 313-040-50, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

The United States and Claimants Damrong Pattanumotana, Darrin Pattanumotana, Gavin Pattanumotana, Goon Pattanumotana, Somluck Pattanumotana, and the Pattanumotana Family Limited Partnership (collectively the "claimants"), by and through their respective counsel, hereby submit the following Request for Extension of Stay of

Further Proceedings and Proposed Order:

This matter was stayed on March 15, 2012 pending the outcome of criminal cases against several individuals charged with cultivating marijuana in violation of federal law at the defendant properties, <u>United States v. Douangchanh Keovilayvanh</u>, 1:10-CR-00476-LJO and <u>United States v. Bouasangouane, et al.</u>, 1:11-CR-00357-AWI.  None of the claimants have been charged with violations of the federal Controlled Substances Act.

The parties understand that a motion schedule and trial date have been set in <u>United States v. Bouasangouane, et al.</u>, 1:11-CR-00357-AWI; the motions hearing is scheduled for June 3, 2013 and a Jury Trial is set for June 18, 2013.  For this reason, the parties request that the stay be extended for a period of three months to June 3, 2013.  At that time, the parties will advise the court of the status of the criminal cases and will advise the court whether a further stay is necessary.

Respectfully submitted,

Dated:  March 1, 2013    BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorney

Dated:  March 1, 2013    /s/ Stephanie Hamilton Borchers
DONALD R. FISCHBACH
STEPHANIE HAMILTON BORCHERS
MATTHEW T. BESMER
Attorneys for Claimants Darrin Pattanumotana, Damrong Pattanumotana, Gavin Pattanumotana, Goon Pattanumotana, Somluck Pattanumotana, and the Pattanumotana Family Limited Partnership
(Original signature retained by attorney)

## ORDER

For the reasons set forth above, this matter is stayed for three months. On or before June 3, 2013, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated:   March 1, 2013                              _____
                                                    SENIOR  DISTRICT  JUDGE