BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CV-01686-AWI-GSA |
| Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER THEREON** |
| v. | |
| REAL PROPERTY LOCATED AT 11150 E. CALIFORNIA AVENUE, SANGER, FRESNO COUNTY, CALIFORNIA, ALSO KNOWN AS 745 S. INDIANOLA, SANGER, FRESNO COUNTY, CALIFORNIA, APN: 314-062-17, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED AT 890 S. ARMSTRONG AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 313-040-50, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

The United States of America and claimants, by and through their respective counsel, hereby stipulate that the Settlement Conference presently set for January 21, 2015 at 1:00 p.m. before Magistrate Judge Sandra M. Snyder be continued to March 18, 2015 at 1:00 p.m. before Magistrate Judge Sandra M. Snyder.

The parties further stipulate that a confidential Settlement Conference be submitted

to the Court five court days prior to the Settlement Conference.

                                    Respectfully submitted,

Dated:  January 12, 2015        BENJAMIN B. WAGNER
                                      United States Attorney

                                    /s/ Kevin C. Khasigian
                                  KEVIN C. KHASIGIAN
                                  Assistant United States Attorney

Dated:  January 12, 2015        /s/ Stephanie Hamilton Borchers
                                  DONALD R. FISCHBACH
                                  STEPHANIE HAMILTON BORCHERS
                                  MATTHEW T. BESMER
                                  Attorneys for Claimants Darrin Pattanumotana,
                                  Damrong Pattanumotana, Gavin Pattanumotana,
                                  Goon Pattanumotana, Somluck Pattanumotana,
                                  and the Pattanumotana Family Limited Partnership
                                  (As authorized by email)

## **ORDER**

    For the reasons set forth above, the Settlement Conference is continued and shall now be heard on March 18, 2015, at 1:00 p.m. before Magistrate Judge Sandra M. Snyder in Courtroom 1.  A confidential Settlement Conference statement shall be submitted five court days prior to the Settlement Conference.

    IT IS SO ORDERED.

Dated:  1/12/2015                          /s/ SANDRA M. SNYDER
                                                UNITED STATES MAGISTRATE JUDGE