Donald R. Fischbach            #053522
Stephanie Hamilton Borchers    #192172
DOWLING AARON INCORPORATED
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
Email: dfischbach@dowlingaaron.com / sborchers@dowlingaaron.com

Attorneys for Claimants DAMRONG PATTANUMOTANA,
GOON PATTANUMOTANA, and SOMLUCK PATTANUMOTANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 11150 E. CALIFORNIA AVENUE, SANGER, FRESNO COUNTY, CALIFORNIA, ALSO KNOWN AS 745 S. INDIANOLA, SANGER, FRESNO COUNTY, CALIFORNIA, APN: 314-062-17, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and<br><br>REAL PROPERTY LOCATED AT 890 S. ARMSTRONG AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 313-040-50, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>                    Defendants. | Case No. 1:11-CV-01686-AWI-SKO<br><br>**STIPULATION AND ORDER EXTENDING DATE FOR FILING OF DISPOSITIONAL DOCUMENTS** |

///
///
///
///
///
///

Due to the unavailability of some of the parties, the parties hereto agree that the deadline for filing dispositional documents be extended to June 30, 2015.

Dated:    May 22, 2015             BENJAMIN B. WAGNER
                                   United States Attorney


                                   By: /s/ Kevin C. Khasigian
                                       KEVIN C. KHASIGIAN
                                       ASSISTANT UNITED STATES ATTORNEY
                                       Attorneys for Plaintiff, UNITED STATES OF
                                       AMERICA


Dated:    May 22, 2015             DOWLING AARON INCORPORATED


                                   By: /s/ Stephanie Hamilton Borchers
                                       DONALD R. FISCHBACH
                                       STEPHANIE HAMILTON BORCHERS
                                       Attorneys for Defendants
                                       DAMRONG PATTANUMOTANA,
                                       GOON PATTANUMOTANA, and
                                       SOMLUCK PATTANUMOTANA


## **ORDER**

Good cause appearing therefor,

IT IS SO ORDERED.

Dated:  May 26, 2015                _____
                                    SENIOR DISTRICT JUDGE

---

2
STIPULATION AND ORDER EXTENDING DATE FOR FILING OF DISPOSITIONAL DOCUMENTS